UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re:<br>ROBERT L. BERING JR | Case No.: 14-30861<br>Chapter: 13<br>Judge: JUDGE MICHAEL B. KAPLAN |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Fay Servicing, LLC as servicing agent for PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association
(Example: John Smith, creditor)

Old address:   Fay Servicing, LLC
939 W. North Avenue Suite 680
Chicago, Illinois 60642

New address:   Fay Servicing, LLC
440 S. LaSalle Street, Suite 2000
Chicago, IL 60605

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   05/15/2017                    /s/ Ashley Boswell
                                                          Signature

*rev.2/1/16*