Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−30861−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L. Bering Jr.
   106 Grouser Rd
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8362

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/11/18 at 09:00 AM

to consider and act upon the following:

*50* − Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 08/13/2018. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

Dated: 8/14/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court