

**Order Filed on November 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Robert Bering

| | |
|---|---|
| Case Number: | 14-30861 |
| Hearing Date: | |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:    Followed    Modified

CORRECTED
ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (3) is hereby **ORDERED**.

**DATED: November 1, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:            Robert Bering
Case No:           14-30861
Caption of Order:  Order Resolving Creditor's Certification of Default

Upon consideration of creditor, SN Servicing Corporation, as servicer for US Bank Trust, N.A.'s Certification of Default, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Status of post-petition arrearages:

   ■ The Debtor is overdue for 12 months from 11/17/2017 to 10/17/2018.

   Funds Held in Suspense $1,390.95

   Total Arrearages Due $24,766.16

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Beginning on November 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $2,159.95.

   ■ The amount of $10,000 shall be sent to the lender by 10/12/18.

   ■ The amount of $5,000.00 shall be sent to the lender by 10/31/18.

   ■ The remaining arrears in the amount of $9,766.16 shall be paid in 2 installments of $4,883.08 made by 11/30/18 and 12/30/18.

3. In the event of Default:

   ■ If the Debtor fails to make any regular payment or the additional cure payment within fourteen (14) days of the date the payments are due, then the Secured Creditor may obtain an order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

(Page 3)
Debtor: Robert Bering
Case No: 14-30861
Caption of Order: Order Resolving Creditor's Certification of Default

4. Award of Attorney's Fees:

   ■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00

   The fees and costs are payable:

   ■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Kenneth J. Borger, Esq.
*Attorney for Debtor(s)*
Date:

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb
*Attorney for Secured Creditor*
Date: *10/19/18*