UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

Case Number:

Hearing Date:

Judge: Michael B. Kaplan

Chapter: 13

Order Filed on November 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert Bering

Recommended Local Form:    Followed    Modified

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (3) is hereby **ORDERED**.

DATED: November 1, 2018

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Robert Bering
Case No: 14-30861
Caption of Order: Order Resolving Creditor's Certification of Default

Upon consideration of creditor, SN Servicing Corporation, as servicer for US Bank Trust, N.A.'s Certification of Default, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Status of post-petition arrearages:

   ■ The Debtor is overdue for 12 months from 11/17/2017 to 10/17/2018.

   Funds Held in Suspense $1,390.95

   Total Arrearages Due $24,766.16

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Beginning on November 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $2,159.95.

   ■ The amount of $10,000 shall be sent to the lender by 10/12/18.

   ■ The amount of $5,000.00 shall be sent to the lender by 10/31/18.

   ■ The remaining arrears in the amount of $9,766.16 shall be paid in 2 installments of $4,883.08 made by 11/30/18 and 12/30/18.

3. In the event of Default:

   ■ If the Debtor fails to make any regular payment or the additional cure payment within fourteen (14) days of the date the payments are due, then the Secured Creditor may obtain an order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

(Page 3)
Debtor:           Robert Bering
Case No:          14-30861
Caption of Order: Order Resolving Creditor's Certification of Default

4. Award of Attorney's Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00

The fees and costs are payable:

■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

Kenneth J. Borger, Esq.                        /s/ Jonathan Schwalb, Esq.
*Attorney for Debtor(s)*                       Jonathan Schwalb
Date:                                          *Attorney for Secured Creditor*
                                               Date:   *10/19/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert L. Bering Jr.  
     Debtor

Case No. 14-30861-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 01, 2018  
                  Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
db        +Robert L. Bering Jr.,    106 Grouser Rd,    Somerset, NJ 08873-7144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
        Albert    Russo    docs@russotrustee.com  
        Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew L. Spivack    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. nj.bkecf@fedphe.com  
        Andrew Thomas Archer    on behalf of Debtor Robert L. Bering Jr. aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Brad J. Spiller    on behalf of Debtor Robert L. Bering Jr. bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
        Denise E. Carlon    on behalf of Creditor    PROF-2014-S2 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
        Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") nj.bkecf@fedphe.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. nj.bkecf@fedphe.com  
                                                                                                        TOTAL: 10