UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
Brad J. Spiller, Esquire
175 Richey Avenue
West Collingswood, NJ  08107
(856) 963-5000

Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert L. Bering, Jr.

Case No.: 14-30861

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 6, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____851_____ per month for _____13_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-30861-MBK
Robert L. Bering Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Nov 06, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db              +Robert L. Bering Jr.,    106 Grouser Rd,    Somerset, NJ 08873-7144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
               nj.bkecf@fedphe.com
              Andrew Thomas Archer     on behalf of Debtor Robert L. Bering Jr. aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Robert L. Bering Jr. bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    PROF-2014-S2 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Michael Frederick Dingerdissen    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ("FANNIE MAE") nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    Seterus, Inc. as the authorized
               subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
               nj.bkecf@fedphe.com
                                                                                                   TOTAL: 10